# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PASQUALE VERRILLI**

    vs.                                 **CASE NUMBER: 1:09-cv-837 (FJS/RFT)**

**CORRECTION OFFICER BRIAN W. WINCHELL; SERGEANT TIMOTHY C. KINGSLEY; and SEVERAL UNKNOWN CORRECTION OFFICERS**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Summary Judgment is granted. Judgment is entered in favor of the defendants and this action is dismissed.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 29TH day of September, 2010.

DATED: September 29, 2010

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk